```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0070--CR (RRB)
                                  "USA V CLYDE RAMIREZ"
                                 DEF 1.1 RAMIREZ, CLYDE

                   Including terminated defendants, excluding terminated counsel


     Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:   The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:    07/28/05
             Closed:    NO
  No. of Defendants:    1
     MJ Case Number:
                AKA:
    Location status:    U.S. Custody
         Trial date:
         Terminated:    NO
   Needs interpreter:   NO
   Counsel of record:   Michael D. Dieni
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:    Kevin Feldis
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


  Counts re: DEF 1.1 RAMIREZ, CLYDE
```

| Document   | Count   | Citation and Description | Disposition |
|------------|---------|--------------------------|-------------|
| 1 - 1 IND  | 1       | 21:841 (a)(1) & 841(b)(1)(C) METHAMPHETAMINE WIHT INTENT TO DISTRIBUTE (F) | Pending |
| 1 - 1 IND  | 2       | 18:924 (c)(1)(A) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (F) | Pending |
| 1 - 1 IND  | 3       | 21:853(a)(1) and (2) 21:881(a)(11) (via 28:2461(c) CRIMINAL FORFEITURES | Pending |
| 1 - 1 IND  | 4       | 21:853(a)(1) and (2) 21:881(a)(II)(via 28:2461(c)) CRIMINAL FORFEITURES (F) | Pending |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0070--CR (RRB)
                              "USA V CLYDE RAMIREZ"

                              For all filing dates


  Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 07/28/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed      Docket text
 ──────────   ─────      ───────────

 NOTE -   2   07/28/05   [Re: DEF 1] Issued WOA.

    1 -   1   07/28/05   [Re: DEF 1] PLF 1 Indictment.

    2 -   1   07/28/05   [Re: DEF 1] MDJ Grand Jury Minutes.  Warrant of arrest to be issued. no
                         bail set. (Detention per 18:3142)

 NOTE -   1   08/01/05   Notation: Proposed trial date setting for arraignment and notice of
                         speedy trial act deadlines forwarded to chambers.

 NOTE -   3   08/01/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 7/29/05.

    3 -   1   08/02/05   [Re: DEF 1] TWH Court Minutes [ECR: April Karper] re Arr on Indt (held
                         8/2/05); M. Dieni accepted appt; def pleas not guilty to cts 1-4 of the
                         Indt; def detained; det hrg set for 8/8/05 at 1:30 p.m. before MJ
                         Roberts; parties shall meet and confer by 8/5/05, ptm's due 8/12/05; cc:
                         USA, FPD, USM, USPO, MJ Roberts, Judge Beistline.

    4 -   1   08/02/05   [Re: DEF 1] RRB Minute Order setting trial by jury for 9/26/05 at 8:30
                         a.m. and Final PT Conf for 9/20/05 at 8:30 a.m. in courtroom #2.  cc:
                         AUSA, FPD, USM, USPO, MJ Roberts, jury clerk

    5 -   1   08/02/05   [Re: DEF 1] Financial Affidavit.

    6 -   1   08/02/05   [Re: DEF 1] TWH Order of Detention Pending Haering set for 8/8/05 at
                         1:30 p.m. before MJ Roberts. cc: USA, FPD, USM, USPO

    7 -   1   08/02/05   [Re: DEF 1] TWH Order regarding preparation for trial re cnsl to meet &
                         confer by 8/5/05; PTM's due 8/12/05. cc: USA, FPD

    8 -   1   08/03/05   DEF 1 Attorney Appearance of M. Dieni (FPD).

    9 -   1   08/08/05   [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Detention
                         Hearing (held 8/8/05); def detained pending trial.  cc:  USA, FPD, USM,
                         USPO

   10 -   1   08/08/05   [Re: DEF 1] JDR Order of Detention Pending Trial.  cc:  USA, FPD, USM,
                         USPO

   11 -   1   08/10/05   DEF 1 Unopposed motion to continue PTM's ddln.

   12 -   1   08/12/05   [Re: DEF 1] JDR Order granting unopposed motion to continue PTM's ddln
                         to 8/19/05 (11-1). cc: USA, FPD

   13 -   1   08/16/05   [Re: DEF 1] PLF 1 Discovery conf certificate.

   14 -   1   08/18/05   DEF 1 (second) unopposed motion on shortened time to continue PTM's.

   15 -   1   08/18/05   DEF 1 Unopposed motion on shortened time to continue trial.


ACRS: R_RDSDX                 As of 12/01/05 at 2:55 PM by GARRY                      Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0070--CR (RRB)
                                "USA V CLYDE RAMIREZ"

                                   For all filing dates


 Document #     Filed     Docket text

    16 -  1    08/19/05   [Re: DEF 1] RRB Minute Order hrg re: def's unopposed motion to continue
                          trial (dkt 15) is set for 8/30/05 at 9:00 a.m. in Courtroom #2.  cc:
                          AUSA, FPD, USM, USPO, MJ ROBERTS

    17 -  1    08/26/05   [Re: DEF 1] RRB Minute Order the motion to reschedule trial set 8/30/05
                          is reset for 9/1/05 at 10:15 a.m. in Courtroom #2.  cc: AUSA, FPD, USM,
                          USPO

    18 -  1    08/26/05   DEF 1 motion to preserve def's right to file further PTM's should
                          illegally seized DNA sample result in additional evidence.

    19 -  1    08/26/05   DEF 1 motion to suppress and memo in support.

    19 -  2    08/26/05   DEF 1 motion for an evidentiary hearing re motion to suppress.

    20 -  1    08/30/05   [Re: DEF 1] JDR Order granting motion for an evidentiary hearing re
                          motion to suppress (19-2); evid hrg se 9/12/05 at 9:30 a.m.  cc: USA,
                          FPD, USM,PO

    21 -  1    09/01/05   [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re Hearing on
                          Defendant's Motion to Continue Trial (DKT 15)(held 9/1/05); mot at dkt
                          15 granted; tbj set for 9/26/05 vacated and continued to 11/7/05 to
                          tentatively begin at 8:30 am; FPTC set for 9/20/05 vacated and continued
                          to 11/1/05 at
                          9 am; crt found excl delay under 36 USC 3161(h)(1)(f); govt to file mot
                          to quash subpoena by noon 9/7/05 & fax to def cnsl; def reply due by cop
                          9/8/05 & def to fax reply to chambers; def detention cont.  cc:  USA,
                          FPD, USM, USPO, MJ Roberts, JC

    22 -  1    09/07/05   DEF 1 Unopposed motion on shortened time to cont suppression hrg for 2
                          weeks w/att aff.

    23 -  1    09/07/05   DEF 1 Unopposed & stipulated motion on shortend time to ext briefing
                          schedule re govt's mot to quash subpoena.

    24 -  1    09/07/05   [Re: DEF 1] JDR Order granting unopposed motion on shortened time to
                          cont suppression hrg for 2 weeks (22-1); Evident hrg on mot to suppress
                          RESET to 9/27/05 at 9:30 a.m.; govt's ddln to respons to mot to suppress
                          ext 2 days. cc: USA, FPD, USM, USPO

    25 -  1    09/07/05   [Re: DEF 1] PLF 1 motion to quash improper subpoenas issued by def w/att
                          exh.

    26 -  1    09/08/05   [Re: DEF 1] RRB Order re govt's brief re mot to quash due 9/8/05; def's
                          response due 9/12/05. cc: USA, FPD

    27 -  1    09/08/05   [Re: DEF 1] ZZZ 1 joinder to [Re: DEF 1] PLF 1 motion to quash improper
                          subpoenas issued by def (25-1).

    28 -  1    09/09/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (19-1).

    29 -  1    09/12/05   DEF 1 opposition to [Re: DEF 1] PLF 1 motion to quash improper subpoenas
                          issued by def (25-1).

    30 -  1    09/14/05   [Re: DEF 1] JDR Minute Order denying as directed motion to quash
                          improper subpoenas issued by def (25-1). cc: USA, FPD, J. Johnson


ACRS: R_RDSDX                   As of 12/01/05 at 2:55 PM by GARRY                        Page 2
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0070--CR (RRB)
                                    "USA V CLYDE RAMIREZ"

                                      For all filing dates


 Document #   Filed      Docket text

    31 -   1  09/14/05   [Re: DEF 1] JDR Minute Order granting in part denying in part motion to
                         preserve def's right to file further PTM's should illegally seized
                         (18-1); any mot fld related to the challenge of SW3ANS-05-761 due by
                         10/21/05. cc: USA, FPD

    32 -   1  09/14/05   [Re: DEF 1] PLF 1 reply to opposition to motion to quash improper
                         subpoenas issued by defendant.

    33 -   1  09/16/05   [Re: DEF 1] AMENDED RRB Court Minutes [ECR: Linda Christensen] re
                         Hearing on Defendant's Motion to Continue Trial (DKT 15)(held 9/1/05);
                         mot at dkt 15 granted; tbj set for 9/26/05 vacated and continued to
                         11/7/05 to tentatively begin at 8:30 am; FPTC set for 9/20/05 vacated
                         and continued to 11/1/05 at
                         9 am; crt found excl delay under 36 USC 3161(h)(1)(f); govt to file mot
                         to quash subpoena by noon 9/7/05 & fax to def cnsl; def reply due by cop
                         9/8/05 & def to fax reply to chambers; def detention cont.  cc: USA,
                         FPD, USM, USPO, MJ Roberts, JC

    34 -   1  09/27/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper/Linda Christensen] re
                         Evidentiary Hearing on Defendant's Motion to Suppress (held 9/27/05);
                         UNDER ADVISEMENT; court ordered expedited transcript; plt exh 11 to be
                         placed under seal and kept in court file; exh/wit list att.

    35 -   1  09/27/05   {SEALED}

    36 -   1  10/05/05   {SEALED}

    37 -   1  10/05/05   [Re: DEF 1] Transcript re Evidentiary Hearing on defendant's Motion to
                         Suppress (held 9/27/05).

    38 -   1  10/07/05   Initial R&R re: DEF 1 motion to suppress and memo in support. (19-1).
                         Objections due 10/17/05. Reply due 10/20/05.  cc: AUSA, FPD, JUDGE
                         BEISTLINE

    39 -   1  10/17/05   DEF 1 objection to R&R re: DEF 1 motion to suppress (19-1).

    40 -   1  10/27/05   Final R&R re: DEF 1 motion to suppress and memo in support (19-1); MJ
                         declines to modify recommendation; matter ready for USDJ. cc: USA, FPD,
                         Judge Beistline

    41 -   1  10/27/05   [Re: DEF 1] RRB Minute Order FPTC rescheduled from 11/1/05 to 11/2/05 at
                         9:00 a.m. in courtroom #2.  cc: AUSA, PFD, USM, USPO

    42 -   1  10/28/05   DEF 1 Request for a COP hearing filed on shortened time.

    42 -   2  10/28/05   DEF 1 Notice of Intent to change plea filed on shortened time.

    43 -   1  10/31/05   [Re: DEF 1] RRB Minute Order change of plea hearing will be address at
                         the final pretrial conference set for 11/2/05 at 9:00 a.m.  cc: AUSA,
                         FPD, USM, USPO, MJ Roberts

    44 -   1  11/02/05   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re PCOP/FPTC (held
                         11/2/05); deft changed plea to guilty on ct 2 of the Indt; cts 3 & 4
                         deft agreed to forfeiture; IOS set for 1/18/05 at 9:30 am; deft detained
                         pending IOS; govt to dismiss ct 1 at the IOS.  cc: USA, FPD, USM, USPO,
                         MJ Roberts


 ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                        Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0070--CR (RRB)
                              "USA V CLYDE RAMIREZ"

                                For all filing dates


Document #    Filed      Docket text

   45 -   1   11/15/05   [Re: DEF 1] PLF 1 motion (request) for entry of preliminary order of
                         forfeiture.
```