Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CLYDE RAMIREZ,<br><br>                    Defendant. | Case No. A05-0070 CR (RRB)<br><br>NON-OPPOSED MOTION TO ACCEPT ONE-DAY LATE FILED SENTENCING MEMORANDUM |

   Defendant, Clyde Ramirez, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court to accept Mr. Ramirez's sentencing memorandum one day late.  The memorandum is being submitted one day late because counsel could not get it done ahead of a Ninth Circuit appellate brief that was due yesterday.  This motion is non-opposed by AUSA Kevin Feldis.

DATED this 12th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 12, 2006, a copy of the
foregoing document was served electronically on:

Kevin R. Feldis, Esq.

/s/ Michael D. Dieni