UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CLYDE RAMIREZ,<br><br>                Defendant. | Case No. A05-0070 CR (RRB)<br><br>PROPOSED<br>ORDER ACCEPTING SENTENCING<br>MEMORANDUM ONE DAY LATE |

After due consideration of defendant's motion to file sentencing memorandum one day late, the motion is hereby granted.

DATED this ____ day of January, 2005 in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE