NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-070-RRB |
|---|---|---|
| Plaintiff, | ) ) | **MOTION FOR FINAL DECREE** |
| v. | ) ) | **OF FORFEITURE** |
| CLYDE RAMIREZ, | ) ) | |
| Defendant. | ) ) ) | |

    Plaintiff United States of America, by and through counsel, hereby moves this Court for a Final Decree of Forfeiture in the above-captioned case. This motion is supported by

the attached Declaration of Counsel.

    DATED this 28th day of November, 2006 in Anchorage, Alaska.

                                  NELSON P. COHEN
                                  United States Attorney

                                  s/James Barkeley
                                  JAMES BARKELEY
                                  Assistant U.S. Attorney
                                  Federal Building & U.S. Courthouse
                                  222 W. 7th Avenue, #9, Room 253
                                  Anchorage, AK 99513-7567
                                  Phone: (907) 271-3699
                                  Fax: (907) 271-1500
                                  Email: jim.barkeley@usdoj.gov
                                  Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing
MOTION FOR FINAL DECREE OF FORFEITURE,
DECLARATION OF COUNSEL, and proposed FINAL
DECREE OF FORFEITURE were sent electronically
this 28th day of November, 2006, to:

Michael Dieni (Counsel for Clyde Ramirez)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley